**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HENRY THOMPSON,** | : | **CIVIL NO. 1:CV-13-2979** |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| | : | |
| **DOMINIC DEROSE,** | : | |
| Respondent | | |

## ORDER

**NOW, THIS 24th DAY OF JANUARY, 2014,** upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The motion to proceed in forma pauperis (Doc. No. 5) is **granted** for the sole purpose of filing this action.

2. The petition for writ of habeas corpus (Doc. No. 1) is **dismissed** for lack of jurisdiction.

3. The Clerk of Court is directed to **close this case**.

                                                 S/ Yvette Kane
                                                 YVETTE KANE, Judge
                                                 Middle District of Pennsylvania